**United States District Court**
**Central District of California**

| | |
|---|---|
| Milton Urquieta,<br><br>        Petitioner,<br><br>    v.<br><br>Kristi Noem, et al.<br><br>        <u>Respondents.</u> | No. 8:26-cv-00516-DOC-AGR<br><br>**Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue [2]** |

    Upon consideration of Petitioner's Application for Temporary Restraining Order and Preliminary Injunction, all material submitted in support thereof, all the documents in the record on this matter, and the applicable law, the Court finds that Petitioner is likely to succeed on the merits of at least one of his claims that he is being detained unlawfully, that he is likely to suffer irreparable harm due to his unlawful detention, that the balance of equities tips in his favor, and that an injunction is in the public interest.

    It is therefore hereby **ORDERED** that the application for a temporary restraining order ("TRO") is **GRANTED**.

//

//

Until further order of this Court, Respondents are hereby ordered to:

(1) Immediately release Petitioner from custody or refrain from taking him into their custody;

(2) Refrain from removing Petitioner from the United States; and

(3) Show cause why Petitioner's application for a preliminary injunction should not be granted.

The Court waives the discretionary security bond contemplated by Federal Rule of Civil Procedure 65(c) because it is unlikely that the government will incur any significant cost and requiring a bond "would have a negative impact on plaintiff's constitutional rights, as well as the constitutional rights of other members of the public." *Baca v. Moreno Valley Unified Sch. Dist.*, 936 F. Supp. 719, 738 (C.D. Cal. 1996) (citation omitted); *see also Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009).

The Petitioner is ORDERED to appear before this Court on March 19, 2026 at 8:30 a.m.

IT IS SO ORDERED.

Dated: March 6, 2026

*David O. Carter*
Honorable David O. Carter
United States District Judge